HONORABLE LAUREN KING

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BIO ENERGY (WASHINGTON) LLC, a
Delaware limited liability company,

                    Plaintiff,

    v.

KING COUNTY, WASHINGTON, a Washington
county

                    Defendant.

NO. 2:23-cv-00542

PLAINTIFF'S AMENDED
CORPORATE DISCLOSURE
STATEMENT

COMES NOW Bio Energy (Washington), LLC ("BEW"), by counsel, and provides, pursuant to LCR 7.1, and the Court's Order of April 14, 2023 (Dkt. 5) the following amended corporate disclosure statement regarding Plaintiff.

**<u>Corporate Disclosure Statement</u>**

1.      BEW is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business in, Richmond, Virginia.  BEW at all relevant times was licensed to transact business in the State of Washington.

2.      BEW is owned 100% by Ingenco Holdings, LLC, a Delaware limited liability company.  The members of Ingenco Holdings LLC are all residents of either Virginia or Texas.

3.      The individual members of Ingenco Holdings, LLC, and their respective state of citizenship, are listed below: (1) Michael G Ellison, citizen of Virginia; (2) Alan S. Petersen, citizen of Virginia; (3) Lei Zhai, citizen of Virginia; (4) Thomas Kennedy, citizen of Virginia;

1    Plaintiff's Amended Corporate Disclosure Statement

LAW OFFICES OF ROBERT J. RAUCH
25141 STAR VIEW ROAD
MOUNT VERNON, WASHINGTON
TEL: 360-708-7296

(5) Raymond Yerly, citizen of Virginia; (6) Charles Packard, citizen of Virginia; (7) Joseph Neff, citizen of Virginia; (8) Richard Putney, citizen of Texas.

Respectfully submitted this 14th day of April 2023.

**BIO ENERGY (WASHINGTON), LLC**

By:  LAW OFFICES OF ROBERT J. RAUCH

By _____
Robert J. Rauch, WSBA #36031
Attorney for Plaintiff
25141 Star View Road
Mount Vernon, Washington 98273

Telephone: (360) 708-7296

Email: Bob@rjrauch.com

2    Plaintiff's Amended Corporate Disclosure Statement

LAW OFFICES OF ROBERT J. RAUCH
25141 STAR VIEW ROAD
MOUNT VERNON, WASHINGTON
TEL: 360-708-7296