1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

| | |
|---|---|
| BIO ENERGY (WASHINGTON), LLC, | CASE NO.  2:23-cv-00542-LK |
| Plaintiff, | ORDER GRANTING JOINT MOTION FOR DEPOSIT OF FUNDS INTO THE COURT REGISTRY |
| v. | |
| KING COUNTY, WASHINGTON, | |
| Defendant. | |

11
12
13
14
15
16

This matter comes before the Court on the parties' Joint Motion for Deposit of Funds into the Court Registry. Dkt. No. 194. The parties state that they have entered into a settlement agreement that obligates Defendant King County, Washington to place a $3,000,000.00 earnest money payment (the "Earnest Money Payment") into the Court Registry. *Id.* at 1. They request that the Court enter an order that (a) authorizes the Clerk of Court to accept delivery of the Earnest Money Payment, which shall be a cashier's or business check made payable to the Clerk of Court, and (b) directs the Clerk to deposit such funds into the Registry of the Court in the principal amount of $3,000,000.00. *Id.* The Parties also request that the Clerk provide confirmation of receipt of the

Earnest Money Payment to the parties, *id.* at 2, although they do not specify how they would like that confirmation to be provided.

      Finding that the motion is consistent with Local Civil Rule 67(a), the Court GRANTS the motion, Dkt. No. 194, and ORDERS that pursuant to the parties' settlement agreement, the Clerk of Court (a) is authorized to accept delivery of Defendant King County's $3,000,000.00 Earnest Money Payment, which shall be a cashier's or business check made payable to the Clerk of Court, and (b) is directed to deposit such funds into the Registry of the Court in the principal amount of $3,000,000.00. The Clerk is also directed to provide confirmation of receipt of the Earnest Money Payment to the parties.[1] The parties shall address disbursement of the funds from the Court Registry through subsequent motions practice in accordance with the requirements of Local Civil Rule 67(b).

      Dated this 26th day of March, 2025.

Lauren King
United States District Judge

---

[1] The Clerk will docket the payment once received. If the parties deliver the payment to the Clerk's office, a receipt will be handed to whoever delivers the payment.