The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BIO ENERGY (WASHINGTON), LLC, a Delaware limited liability company,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KING COUNTY, WASHINGTON, a Washington county,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:23-cv-00542-LK<br><br>[PROPOSED]<br>ORDER GRANTING JOINT MOTION FOR DISBURSEMENT OF FUNDS FROM COURT REGISTRY |

THIS MATTER came before this Court on the Parties' Joint Motion for Disbursement of Funds from the Court Registry ("Motion"). The Court has reviewed the Motion and, being fully advised on the matter, hereby GRANTS the Motion.

IT IS, THEREFORE, ORDERED that the Clerk of Court is authorized and directed to (a) draw a check on the funds in the registry of this Court in the principal amount of $3,000,000.00 plus all accrued interest thereon, payable to "King County, Washington," and (b) mail or deliver the check to Defendant King County. In accordance with LCR 67(b), a mailing address and a completed IRS W-9 form from Defendant King County must be emailed by Defendant King County to the Clerk's Office Finance Department at seafin@wawd.uscourts.gov, but shall not be filed in the record.

ORDER GRANTING JOINT MOTION
FOR DISBURSEMENT OF FUNDS FROM COURT REGISTRY - 1
Case No. 2:23-CV-00542-LK

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

DATED this  16th  day of  September , 2025.

*[signature: Lauren King]*
HON. LAUREN KING
UNITED STATES DISTRICT COURT

Presented by:

| **K&L GATES LLP** | **LAW OFFICES OF ROBERT J. RAUCH** |
|---|---|
| By: s/ *Kari L. Vander Stoep*<br>Kari L. Vander Stoep, WSBA # 35923<br>Ankur K. Tohan, WSBA # 36752<br><br>925 Fourth Avenue, Suite 2900<br>Seattle, Washington 98104-1158<br>Tel: +1 206 623 7580<br>Fax: +1 206 623 7022<br>Email: kari.vanderstoep@klgates.com<br>        ankur.tohan@klgates.com<br><br>**KING COUNTY PROSECUTING ATTORNEY'S OFFICE**<br><br>By: s/ *Stephanie Knightlinger*<br>Stephanie Knightlinger, WSBA # 40986<br>516 Third Ave W400<br>Seattle, WA 98104<br>Tel: +1 206 477 6187<br>Email: Stephanie.Knightlinger@kingcounty.gov<br><br>*Attorneys for Defendant King County* | By: s/ *Robert J. Rauch*<br>Robert J. Rauch, WSBA #36031<br>25141 Star View Road<br>Mount Vernon, WA 98237<br>Telephone: (360) 708-7296<br>Bob@RJRauch.com<br><br>By: s/ *Larry D. Moffett*<br>Larry D. Moffett (pro hac vice)<br>Law Office of Larry D. Moffett, PLLC<br>39 County Road 231<br>P.O. Box 1418<br>Oxford, MS 38655<br>Tel: 662-298-4435<br>Cell: 662-801-3670<br>Email: larry@larrymoffett.com<br><br>**GORDON TILDEN THOMAS & CORDELL LLP**<br><br>By: s/ *Franklin D. Cordell*<br>Jeffrey M. Thomas, WSBA #21175<br>Franklin D. Cordell, WSBA #26392<br>Katherine S. Wan, WSBA #58647<br><br>600 University Street, Suite 2915<br>Seattle, Washington 98101<br>206.467.6477<br>jthomas@gordontilden.com<br>fcordell@gordontilden.com<br>kwan@gordontilden.com<br><br>*Attorneys for Plaintiff Bio Energy (Washington), LLC* |

ORDER GRANTING JOINT MOTION
FOR DISBURSEMENT OF FUNDS FROM COURT REGISTRY - 2
Case No. 2:23-CV-00542-LK

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022