The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BIO ENERGY (WASHINGTON), LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, WASHINGTON, a Washington county,<br><br>Defendant. | Case No. 2:23-cv-00542-LK<br><br>~~[PROPOSED]~~<br>AMENDED ORDER GRANTING AMENDED JOINT MOTION FOR DISBURSEMENT OF FUNDS FROM COURT REGISTRY |

THIS MATTER came before this Court on the Parties' Amended Joint Motion for Disbursement of Funds from the Court Registry ("Amended Motion"). The Court has reviewed the Amended Motion and, being fully advised on the matter, hereby GRANTS the Amended Motion.

IT IS, THEREFORE, ORDERED that the September 16, 2025 Order Granting Joint Motion for Disbursement of Funds from Court Registry, Dkt. No. 202, is vacated.

IT IS FURTHER ORDERED that the Clerk of Court is authorized and directed to (a) draw a check on the funds in the registry of this Court in the principal amount of $3,000,000.00 plus all accrued interest thereon, payable to "King County Finance", and (b) mail or deliver the check to Defendant King County. In accordance with LCR 67(b), a mailing address and a completed IRS W-9 form from Defendant King County must be



K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

emailed by Defendant King County to the Clerk's Office Finance Department at seafin@wawd.uscourts.gov, but shall not be filed in the record.

DATED this 20th day of October, 2025.

HON. LAUREN KING
UNITED STATES DISTRICT COURT

Presented by:

| K&L GATES LLP | LAW OFFICES OF ROBERT J. RAUCH |
|---|---|
| By: *s/ Kari L. Vander Stoep*<br>Kari L. Vander Stoep, WSBA # 35923<br>Ankur K. Tohan, WSBA # 36752<br><br>925 Fourth Avenue, Suite 2900<br>Seattle, Washington 98104-1158<br>Tel: +1 206 623 7580<br>Fax: +1 206 623 7022<br>Email: kari.vanderstoep@klgates.com<br>ankur.tohan@klgates.com<br><br>**KING COUNTY PROSECUTING ATTORNEY'S OFFICE**<br><br>By: *s/ Stephanie Knightlinger*<br>Stephanie Knightlinger, WSBA # 40986<br>516 Third Ave W400<br>Seattle, WA 98104<br>Tel: +1 206 477 6187<br>Email:<br>Stephanie.Knightlinger@kingcounty.gov<br><br>*Attorneys for Defendant King County* | By: *s/ Robert J. Rauch*<br>Robert J. Rauch, WSBA #36031<br>25141 Star View Road<br>Mount Vernon, WA 98237<br>Telephone: (360) 708-7296<br>Bob@RJRauch.com<br><br>By: *s/ Larry D. Moffett*<br>Larry D. Moffett (pro hac vice)<br>Law Office of Larry D. Moffett, PLLC<br>39 County Road 231<br>P.O. Box 1418<br>Oxford, MS 38655<br>Tel: 662-298-4435<br>Cell: 662-801-3670<br>Email: larry@larrymoffett.com<br><br>**GORDON TILDEN THOMAS & CORDELL LLP**<br><br>By: *s/ Franklin D. Cordell*<br>Jeffrey M. Thomas, WSBA #21175<br>Franklin D. Cordell, WSBA #26392<br>Katherine S. Wan, WSBA #58647<br><br>600 University Street, Suite 2915<br>Seattle, Washington 98101<br>206.467.6477<br>jthomas@gordontilden.com<br>fcordell@gordontilden.com<br>kwan@gordontilden.com<br><br>*Attorneys for Plaintiff Bio Energy (Washington), LLC* |



K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022